IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | | |
|---|---|---|
| RODERICK MAURICE WHITE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CV 117-042 |
| | ) | |
| S. LEWANDOWSKI, Correctional Officer; | ) | |
| JANE DOE, Nurse; and TONY CUMMINGS, | ) | |
| Correctional Officer, | ) | |
| | ) | |
| Defendants. | ) | |

**O R D E R**

On April 11, 2017, the Court granted Plaintiff, an inmate at Augusta State Medical Prison in Grovetown, Georgia, permission to proceed *in forma pauperis* ("IFP") conditioned on his return of a Prisoner Trust Fund Account Statement and Consent to Collection of Fees form. (See doc. no. 3.) Plaintiff has not returned either form provided to him with the Court's April 11th Order. However, he did submit a "Notice" to the Court explaining he submitted the Trust Fund Account Statement to "'Ms. Dixion' of Business Office" but has not received back the completed form. (See doc. no. 4.) He has no explanation for why he has not returned the Consent to Collection of Fees form, a document that requires no input from any prison official but does require his signature.

Plaintiff cannot proceed IFP unless he submits the requisite Trust Fund Account Statement and consents to the collection of the entire $350.00 filing fee in installments. Wilson v. Sargent, 313 F.3d 1315, 1319-20 (11th Cir. 2002). Plaintiff shall have until May

26, 2017, to submit the required Prisoner Trust Fund Account Statement signed by an authorized prison official and a Consent to Collection of Fees form signed by him. Failure to return the required paperwork will be an election to have this case dismissed without prejudice.

To ensure that prison officials have received the Trust Fund Account Statement, the Court **DIRECTS** the **CLERK** to serve this Order on Plaintiff's custodian and to include a Prisoner Trust Fund Account Statement with that service copy. The Court is confident that prison officials will expeditiously fill out the form, <u>including the calculation of the average monthly deposits and average monthly balance</u>, and return it to Plaintiff. Plaintiff must then return the Trust Fund Account Statement, along with the Consent to Collection of Fees form, to the Court by no later than May 26, 2017. The Court **DIRECTS** the **CLERK** to enclose a copy of the Consent to Collection of Fees form with Plaintiff's service copy of this Order.

SO ORDERED this 8th day of May, 2017, at Augusta, Georgia.

_____
BRIAN K. EPPS
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT OF GEORGIA