IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF GEORGIA

AUGUSTA DIVISION

| | |
|---|---|
| RODERICK MAURICE WHITE, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   CV 117-042 |
| | ) |
| S. LEWANDOWSKI, Correctional Officer; | ) |
| JANE DOE, Nurse; and TONY CUMMINGS, | ) |
| Correctional Officer, | ) |
| | ) |
| Defendants. | ) |

**O R D E R**

After a careful, *de novo* review of the file, the Court concurs with the Magistrate Judge's Report and Recommendation, to which objections have been filed (doc. no. 19). Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge as its opinion. Therefore, the Court **DISMISSES** Plaintiff's complaint for failure to state a claim upon which relief may be granted and **CLOSES** this civil action.

SO ORDERED this 14th day of July, 2017, at Augusta, Georgia.

J. RANDAL HALL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA